# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

BRANDON BOUTIN

NO. 2022 KW 0973

**OCTOBER 11, 2022**

---

In Re:    Brandon Boutin, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. DC-21-02981.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED.**

                        **VGW**
                        **JMG**
                        **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT